## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 27th day of December, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Parkway Truck Sales, Inc.*
125-20 150th Avenue
South Ozone Park, NY 11420

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Mary E. Augustine (No. 4477)

612617v1